**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,              )<br>                              )<br>           Plaintiff,             )<br>                              )<br>vs.                            )<br>                              )<br>Clay Lance Thompson,                  )<br>                              )<br>           Defendant.             )<br>_____) | CR-05-814-PCT-PGR (DKD)<br><br>**ORDER OF DETENTION** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on November 6, 2013.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community.  *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 7th day of November, 2013.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge